**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**


UNITED STATES OF AMERICA,

     Plaintiff,

v.                               CASE NO.:  3:09cv518/MCR/EMT

NADINE COLLINS,

     Defendant.

_____/

## DEFAULT JUDGMENT

      The complaint in the above action was filed in this Court on November 20, 2009, and after due service of process on the Defendant according to law, no appearance, answer or other defense has been served or filed on behalf of the Defendant.  Default was duly entered as to the Defendant on March 1, 2010.

      By reason of this default, IT IS HEREBY ORDERED and ADJUDGED that the Plaintiff, United States of America, recover from the Defendant the sum of $55,458.20, detailed as follows:

| Certificate of Indebtedness | Principal | Interest accrued through February 28, 2010 | Annual Rate | |
|---|---|---|---|---|
| #1 | 10,881.26 | 9,180.65 | 5.67% | 20,061.91 |
| #2 | 19,711.09 | 15,270.20 | 5.01% | 34,981.29 |
| | | | TOTAL | $55,043.20 |

Defendant owes Plaintiff the principal sum of $30,592.35, interest of $24,450.85 accrued through February 28, 2010, plus accruing interest at the annual rate listed above as set forth in the Certificates of Indebtedness prepared by the Department of Education; U.S.

Marshal fees of $65.00, and $350.00 for costs of the court allowed pursuant to 28 U.S.C.

§ 2412(a)(2)).  Post-judgment interest shall accrue at the legal rate pursuant to 28 U.S.C.

§ 1961 (a) and shall be computed daily and compounded annually until paid in full.

    **DONE and ORDERED** this 4th day of March, 2010.


s/ *M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**